DAVIS v. CITY OF MEBANE

[351 N.C. 329 (2000)]

sentence imposed by Judge Martin. Therefore, we reverse the order of the Court of Appeals and remand to the Court of Appeals for further remand to the Randolph County Superior Court for reinstatement of the sentence imposed upon defendant by Judge Cornelius on 22 April 1999.

REVERSED AND REMANDED.

━━━━━━━━━━━━

LARRY M. DAVIS AND WIFE, SUE DAVIS; RANDY MANN, INDIVIDUALLY AND D/B/A RANDY'S AUTO SALVAGE; JOSEPH WRENN AND WIFE, ANNETTE WRENN; INTERSTATE NARROW FABRICS; LOGAN CRUTCHFIELD, INDIVIDUALLY AND D/B/A CRUTCHFIELD'S MOBILE CRUSHER v. THE CITY OF MEBANE, NORTH CAROLINA; THE CITY OF GRAHAM, NORTH CAROLINA; AND W.M. PIATT & COMPANY

No. 162PA99

(Filed 4 February 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 132 N.C. App. 500, 512 S.E.2d 450(1999), affirming two orders entered by Allen (J.B.), J., on 23 February 1998 in Superior Court, Alamance County. Heard in the Supreme Court 13 December 1999.

*Womble Carlyle Sandridge & Rice, PLLC, by Allan R. Gitter and Jack M. Strauch, for plaintiff-appellants.*

*Poyner & Spruill, L.L.P., by Keith H. Johnson, for defendant-appellees City of Mebane and City of Graham.*

*Ragsdale & Liggett PLLC, by David K. Liggett and Sarah E. Winslow, for defendant-appellee W.M. Piatt & Company.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice MARTIN did not participate in the consideration or decision of this case.